UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN NATURAL RESOURCES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONS ENERGY SOLUTIONS, INC. et al.,<br><br>Defendants. | Case No.: 20cv2144-JO-AGS<br><br>**ORDER GRANTING MOTION TO WITHDRAW PRO HAC VICE APPEARANCE OF WILLIAM E. ADAMS, JR., ESQ.** |

Defendants Bergstrom Renewables, LLC, Eric Bergstrom, and Robert Bergstrom (collectively, "Defendants") have filed a motion to withdraw the *pro hac vice* appearance of William E. Adams, Jr., Esq. as counsel.  Dkt. 102.

//

//

//

1    Defendants' counsel states that Defendants will continue to be represented by the
2    remaining attorneys of record in this matter and thus will not be prejudiced by Mr. Adams'
3    withdrawal.  Defendants consent to the motion.  Plaintiff does not oppose the motion.
4    Accordingly, the Court GRANTS the motion to withdraw.
5    **IT IS SO ORDERED**.

7    Dated:  May 2, 2022

_____
Honorable Jinsook Ohta
United States District Judge