UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN NATURAL RESOURCES, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONS ENERGY SOLUTIONS, INC., et al.,<br><br>      Defendant. | Case No.:  20-cv-2144-JO-AGS<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY (ECF 160) AND THIRD AMENDED SCHEDULING ORDER** |

The joint motion to modify the scheduling order is **GRANTED**. The new scheduling deadlines are as follows:

| Event | Deadline |
|---|---|
| Expert Witness Designations and Disclosures | January 6, 2023 |
| Rebuttal Expert Witness Designations and Disclosures | January 27, 2023 |
| Fact Discovery Completion | February 17, 2023 |
| Expert Discovery Completion | February 17, 2023 |
| MSC Statements | February 21, 2023 |
| Mandatory Settlement Conference | March 3, 2023, at 9:00 a.m. |
| Pretrial Motions | April 7, 2023 |
| Rule 26(a)(3) Disclosures | June 14, 2023 |
| Memoranda of Contentions of Fact and Law | June 14, 2023 |
| Meet and Confer on the PTO | June 21, 2023 |
| Draft PTO to Defense Counsel | June 28, 2023 |
| Lodge PTO | July 5, 2023 |
| Final Pretrial Conference | July 12, 2023, at 8:30 a.m. |

1  This order modifies only the deadlines in the original scheduling order (ECF 44); all
2  other provisions remain in effect.
3  Dated: November 4, 2022

Hon. Andrew G. Schopler
United States Magistrate Judge