UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN NATURAL RESOURCES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONS ENERGY SOLUTIONS, INC., et al.,<br><br>  Defendants. | Case No.: 20-cv-2144-JO-AGS<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO MODIFY (ECF 218) AND AMENDED SCHEDULING ORDER** |

Plaintiff's motion to modify the scheduling order is **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's request for an additional 21 days to comply with the Court's January 11, 2023 order to produce documents is denied. Good cause exists to modify the scheduling order, but the parties are expected to act diligently in completing discovery. Absent extraordinary circumstances, no further leave will be given. The new deadlines are as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Completion | May 5, 2023 |
| Expert Discovery Completion | May 5, 2023 |
| MSC Statements | May 15, 2023 |
| Mandatory Settlement Conference | May 24, 2023, at 9:00 a.m. |
| Pretrial Motions | June 23, 2023 |
| Meet and Confer on the PTO | August 23, 2023 |
| Rule 26(a)(3) Disclosures | August 30, 2023 |
| Memoranda of Contentions of Fact and Law | August 30, 2023 |
| Draft PTO to Defense Counsel | August 30, 2023 |
| Lodge PTO | September 6, 2023 |
| Final Pretrial Conference | September 13, 2023, at 8:30 a.m. |

This order modifies only the deadlines in the original scheduling order (ECF 44); all other provisions remain in effect.

Dated: February 22, 2023

_____
Hon. Andrew G. Schopler
United States Magistrate Judge